# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C.   Atlanta

DEC 17 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**1:08-cr-00055-RWS-GGB**
**USA v. Tort**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 12/17/2008.

TIME COURT COMMENCED: 2:45 P.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 00:30
COURT REPORTER: Sharon Upchurch
COURT INTERPRETER: David Hoover
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [3]Francisco Cortes-Meza Present at proceedings |
| ATTORNEY(S) PRESENT: | Ann Fitz representing Francisco Cortes-Meza<br>Corey Steinberg representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Court would not accept the defendant's guilty plea. Change of plea reset for 12/18/08. |