# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:08-cr-00055-RWS-GGB**
**USA v. Tort**
**Honorable Richard W. Story**

FILED IN CHAMBERS
USDC Atlanta

DEC 18 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Minute Sheet for proceedings held In Open Court on 12/18/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 10:45 A.M. | COURT REPORTER: Sharon Upchurch |
| TIME COURT CONCLUDED: 11:00 A.M. | COURT INTERPRETER: David Hoover |
| TIME IN COURT: 00:15 | DEPUTY CLERK: Rick Goss |

| | |
|---|---|
| DEFENDANT(S): | [3]Francisco Cortes-Meza Present at proceedings |
| ATTORNEY(S) PRESENT: | Ann Fitz representing Francisco Cortes-Meza<br>Corey Steinberg representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Sentence hearing date not yet determined. |