# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:08-cr-00055-RWS-GGB
### USA v. Tort
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 04/01/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 11:30 A.M. | COURT REPORTER: Sharon Upchurch |
| TIME COURT CONCLUDED: 12:30 P.M. | USPO: Tony Poole |
| TIME IN COURT: 1:00 | DEPUTY CLERK: Sue Coalson |

| | |
|---|---|
| DEFENDANT(S): | [3]Francisco Cortes-Meza Present at proceedings |
| ATTORNEY(S) PRESENT: | Susan Coppedge representing USA<br>Ann Fitz representing Francisco Cortes-Meza |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Court overruled Defendant's objections regarding (1) the use of USSG 2G1.1 to determine offense level, and (2) 4-level adjustment for use of force. Court adopted findings and conclusions in PSR, with the exception of the section regarding vulnerable victims. Defendant is sentenced to 240 months in BOP custody; special assessment of $100; 5 years of supervised release; restitution to victim MPM in the amount of $21,000. See J&C for complete details. Defendant objects to reasonableness of sentence. |
| HEARING STATUS: | Hearing Concluded |